Submitted June 19,— Decided July 17, 1905.

Indictment for arson. Before Judge Mitchell. Berrien superior court. April 11, 1905.

*J. Z. Jackson* and *J. W. Powell,* for plaintiff in error.
*W. E. Thomas, solicitor-general,* contra.

---

## BRIGMAN *v.* THE STATE.

LUMPKIN, J. 1. A ground of a motion for a new trial, complaining of the admission of evidence, which does not show that any objection thereto was made at the time of its admission, or what such objection was, is without merit. It is not enough to show that ground of objection existed at the time of the making of the motion.

2. The verdict was supported by the evidence.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted June 19,— Decided July 17, 1905.

Indictment for public indecency. Before Judge Parker. Appling superior court. April 6, 1905.

*W. W. Bennett,* for plaintiff in error.
*John W. Bennett, solicitor-general,* contra.

---

## ROBERTS *v.* THE STATE.

FISH, P. J. 1. On the trial of one charged with using profane language, without provocation, in the presence of a female, it was not error for the court to instruct the jury that if the profane language "was used in her hearing that would be in her presence" (*Brady* v. *State*, 48 *Ga.* 311), especially when the court in the same connection and as part of the same sentence charged that "the burden is upon the State to show you that the defendant knew that [the female] was present, or else that the circumstances were sufficient to show that he must have known that she was present."

2. The evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted June 19,— Decided July 17, 1905.

Indictment for profane language.　　Before Judge Kimsey. Dawson superior court.　May 6, 1905.

*W. B. Sloan,* for plaintiff in error.

*W. A. Charters, solicitor-general,* contra.